# JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUGBA MERCAN, an individual, ) | Case No.: 2:23-cv-08817-AB-MAA |
| Plaintiff, ) | **[PROPOSED]** FINAL JUDGMENT |
| v. ) | |
| PROQUEST, LLC, a Michigan Limited Liability Company; DOES 1-10, ) | |
| Defendants. ) | |

On April 3, 2024, this Court granted Defendant ProQuest, LLC's Motion to Dismiss for Lack of Personal Jurisdiction, dismissing this action without leave to amend and without prejudice. (Dkt. No. 31.) Pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** is entered in favor of Defendant and against Plaintiff in this cause and the Clerk is ordered to enter this Final Judgment immediately and without further notice.

**SO ORDERED.**

Dated: May 02, 2024

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE